**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00447-CV

### IN RE D&R USA ENTERPRISE, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1171065**

## MEMORANDUM OPINION

On August 9, 2021, relator D&R USA Enterprise, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lamar McCorkle, visiting judge of County Civil Court at Law No. 1 of Harris County, to dismiss, for want of jurisdiction, the underlying de novo appeal from a judgment of possession entered by justice of the peace court.

On August 13, 2021, real party in interest SCF RC Funding IV, LLC filed a motion to dismiss relator's petition because the trial court signed an order dismissing the underlying de novo appeal on August 10, 2021.  Relator's request for relief is now moot.  The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.